FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. §1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

## COMPLAINT

**(Last Name)** Nagasawa  (Identification Number) _____

**(First Name)** Joshua  **(Middle Name)** David

**(Institution)** Walthall County Jail

**(Address)** 807 Magnolia Ave.

(Enter above the full name of the plaintiff, prisoner and address of plaintiff in this action)

V.

Kyle Breland, Any,
All Jane and John
Does, Walthall County Jail,
Walthall County, MS

(Enter the full name of the defendant(s) in this action)

CIVIL ACTION NUMBER: 2:22cv122KS-MTP
(to be completed by the Court)

**FILED** Sep 06 2022
ARTHUR JOHNSTON, CLERK

## GENERAL INFORMATION

A. At the time of the incident complained of in this complaint, were you incarcerated?
   Yes (X)   No ( )

B. Are you presently incarcerated?
   Yes (X)   No ( )

C. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?
   Yes ( )   No (X)

D. Are you presently incarcerated for a parole or probation violation?
   Yes ( )   No (X)

E. At the time of the incident complained of in this complaint, were you an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

F. Are you currently an inmate of the Mississippi Department of Corrections (MDOC)?
   Yes ( )   No (X)

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank.)

I. Name of plaintiff: Joshua Nagasawa   Prisoner Number: _____

Address: 807 Magnolia Ave, Tylertown, MS 39667

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions and places of employment of any additional defendants.)

II. Defendant: Kyle Breland, Walthall is employed as Sheriff any any and all Jane Does at Walthall County Jail

The plaintiff is responsible for providing his/her address and in the event of a change of address, the new address of plaintiff as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF:

NAME: Joshua Nagasawa   ADDRESS: 802 Magnolia Ave, Tylertown MS, 39667

DEFENDANT(S):

NAME: Kyle Breland, Any and all Jane/John Does, Walthall County Jail   ADDRESS: 807 Magnolia Ave Tylertown, MS 39667 (For all)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any lawsuits in a court of the United States?   Yes (  )   No (X)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse of this page or additional sheets of paper.)

CASE NUMBER 1.
   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

CASE NUMBER 2.
   1. Parties to the action: _____

   2. Court (if federal court, name the district; if state court, name the county): _____

   3. Docket Number: _____

   4. Name of judge to whom case was assigned: _____

   5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?) _____

**STATEMENT OF CLAIM**

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet(s) if necessary).

Medical Mal-practice - No Certified Nurse to legally pass out medication. Passing out wrong medication and/or not passing out correct medication legally. I Mal Practice Result = Throat was closing, hard to breathe, break out of burning rash all over face, head and partial neck area, had to have immediate (legal) medical assistance.

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

Immediate release and alleged charge dropped for both me and Mrs. Bre'kind Ritchey, to have it erased of her record completely (arrest record, etc.)

Signed this 29 day of August, 2022.

I declare (or certify, verify or state) under penalty of perjury that the foregoing is true and correct.

_____
Signature of plaintiff